UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

IN RE                                                                   BANKRUPTCY
                                                                                CASE#

MICHAEL F BLANDINO

                                                                                        AFFIDAVIT
                        DEBTOR
---------------------------------------------------------X
STATE OF NEW YORK)
                               ) ss.:
COUNTY OF SUFFOLK)

The debtor, MICHAEL F BLANDINO, being duly sworn, deposes and says:

1. I am the debtor in this Chapter 7.

2. I just started working.

3. For the same reasons above, I do not have 60 days of pay stubs.

                                                                 /S/ MICHAEL F BLANDINO
                                                                 MICHAEL F BLANDINO

Sworn to me this     12th  Day of    March           , 2010

 /S/ Notary Public
Notary Public