UNIT UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X          Case No. 8-10-71776-REG
In Re

MICHAEL F. BLANDINO,

                                   Chapter 7


                  Debtor.        **MOTION**

- - - - - - - - - - - - - - - -X

      PLEASE TAKE NOTICE that, upon the annexed application
of JACOBY & JACOBY, attorneys for the debtor, MICHAEL F.
BLANDINO, a hearing will come on to be heard as follows:

Debtor:                          MICHAEL F. BLANDINO

Judge:                           Honorable ROBERT E. GROSSMAN

Return Date and Time:            June 23, 2010 at 9:30 am

Place:                           United States Bankruptcy Court
                                 290 Federal Plaza
                                 Central Islip, NY 11722


Relief Requested:                For an Order Avoiding Judicial Lien
                                 and together with such other and
                                 further relief as this Court deems
                                 just and proper.

Dated:  Medford, New York
        May 4, 2010

                                 /S RICHARD A JACOBY
                                 RICHARD A. JACOBY, ESQ.
                                 JACOBY & JACOBY
                                 1737D North Ocean Ave.
                                 Medford, NY 11763
                                 (631) 289-4600

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -x
In Re

MICHAEL F. BLANDINO,

             Case No. 8-10-71776-REG

             Chapter 7

        Debtor.      **APPLICATION**

- - - - - - - - - - - - - - -x

### TO THE HONORABLE ROBERT E. GROSSMAN, US BANKRUPTCY JUDGE:

The application of MICHAEL F. BLANDINO, the debtor, by his attorney, JACOBY & JACOBY, respectfully alleges as follows:

1. The debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on March 17, 2010.

2. The debtor makes this application to avoid certain judicial liens on an interest in debtor's real property located at 72 Kobb Blvd., West Islip, New York.

3. The Court has jurisdiction of this motion pursuant to U.S. Sections 157 and 1339. Venue of this proceeding and the instant motion is proper pursuant to 28 U.S.C. Sections 1408 and 1409. The statutory predicate for the relief sough herein is 522(f) of the Bankruptcy Code. This is a Core Proceeding.

4. The debtor currently resides at 72 Kobb Blvd., West Islip, New York.

5. At the time of filing there existed six judgments against the debtor:

1.  **RICHARD BURNS vs. MICHAEL BLANDINO**

in the amount of $12,125  filed with the Clerk of Suffolk County on April 12, 2007 (See Exhibit "A").

2.  **EASTERN WHOLESALE FENCE CO INC. vs. MICHAEL BLANDINO/MICHAEL F. BLANDINO**

in the amount of $12,431.31  filed with the Clerk of Suffolk County on January 29, 2007 (See Exhibit "A").

3.   **SLOMINS, INC. vs. MICHAEL F. BLANDINO**

 in the amount of $1,390.20  filed with the Clerk of Suffolk
County on June 16, 2009 (See Exhibit "A")

4.   **FORD MOTOR CREDIT COMPANY LLC. vs. MICHAEL F. BLANDINO**

 in the amount of $7,309.26  filed with the Clerk of Suffolk
County on January 14, 2009 (See Exhibit "A")

5.   **FORD MOTOR CREDIT COMPANY LLC vs. MICHAEL BLANDINO**

 in the amount of $8,218.64  filed with the Clerk of Suffolk
County on April 1, 2009 (See Exhibit "A")

6.   **JP MORGAN CHASE BANK N A vs. MICHAEL F. BLANDINO**

 in the amount of $66,462.87  filed with the Clerk of Westchester
County on June 6, 2008 (See Exhibit "A")

6.   Said judgments are judicial liens on the debtor's
interest in the aforementioned real property.

7.   At the time of filing there existed a first
mortgage on the real property with HSBC with a principal balance
of approximately $243,718.20 and a second mortgage with ASC with
a principal balance of approximately $63,286.68 as per the
statements attached hereto as Exhibit "B".

8.   The fair market value of the debtor's primary
residence, is approximately $325,000. A market analysis from
Richard Accomando is attached hereto as Exhibit "c".

9.   The debtor is entitled to an exemption in his
interest in said real property, pursuant to Section 282 of the
New York Debtor and Creditor Law and Section 5206(a) of the New
York Civil Practice Law and Rules, in the aggregate amount of
$50,000.00 and has taken said exemption. (See Debtors' Schedule C
attached hereto as Exhibit "D")

10. After allowing for consensual liens and Statutory liens senior to the above noted judicial lien, there would be an impairment to the debtor's entitled homestead exemption in his interest in said real property.

11. Section 522(f) of the Bankruptcy Code provides that a debtor may avoid the fixing of a lien on an interest of the debtor's property to the extent that such lien impairs an exemption to which the debtor would have been entitled if such liens are judicial liens.

12. As the exemption to which the debtor is entitled to is greater than the debtor's equity in said real property, the fixing of the judicial lien will impair the debtor's exemption, and thus the judicial lien is avoidable.

**WHEREFORE,** the debtor respectfully requests that this Court grant an order avoiding the judicial liens, and for other and further relief as this court may deem just and proper.

Dated:   Medford, New York
        May 4, 2010

                     /S RICHARD A. JACOBY
                     RICHARD A. JACOBY, ESQ.
                     Attorney for Debtor(s)
                     1737D North Ocean Ave.
                     Medford, NY 11763
                     (631) 289-4600

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

In Re
MICHAEL F. BLANDINO,                    CHAPTER 7

                    Debtor.    **AFFIDAVIT OF SERVICE**
                               Case No. 8-10-71776-REG

------------------------------X
STATE OF NEW YORK)
                 ) ss.:
COUNTY OF SUFFOLK)

        Summer Simon, being duly sworn, deposes and says:
Deponent is not a party to the action, is over 18 years of
age and resides in Pt. Jeff Station, New York. On May 4, 2010 I
served a copy of the   Motion and application to Avoid Lien on
all persons in interest in this Proceeding, by depositing a true
copy  of same enclosed in a post-paid properly addressed wrapper
in an official depository under the exclusive care and custody of
the United States Postal Service within the State of New York,
addressed to the following creditors and/or persons on behalf of
creditors at the address designated by said attorney or creditor:

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

Andrew Thaler, Trustee
Thaler & Gertler, LLP
90 Merrick Avenue, Suite 400
East Meadow, NY 11554

Eastern Wholesale Fence
274 Middle Island Road
Medford, NY 11763

Elias C. Schwartz, Esq.
343 Great Neck Road
Great Neck, NY 11020

Ford Motor Credit Company
17197 N Laurel Park Drive
Ste 402
Livonia, MI 48152

Rubin & Rothman, LLC
1787 Veterans Hwy.
Suite 32
P.O. Box 9003
Islandia, NY 11749

JP Morgan Chase Bank NA
1820 E Sky Harbor Circle S
Floor 2
Phoenix, AZ 85034

Buonamici & Laraus, LLP
222 Bloomingdale Road
Suite 301
White Plains, NY 10605

Richard Burns
767 Long Island Avenue
Medford, NY 11763

Capasso & Capasso Esq.
3650 Route 112
Coram, NY 11727-4131

Slomins Inc
125 Lauman Lane
Hicksville, NY 11801

Kirschenbaum/Kirschembaum
200 Garden City Plaza
Garden City, NY 11530

/S SUMMER L. SIMON
SUMMER L. SIMON

Sworn to before me this 20
day Of April 2010
    /S NOTARY PUBLIC
Notary Public

RICHARD A. JACOBY
NOTARY PUBLIC, State of New York
Qualified in Suffolk County
No. 02JA5029000
Commission Expires June 13, 2010

| Index No | ISLT 06 0002617 | Seq # | 2 |
|---|---|---|---|
| Date & Time Filed | 04/12/2007 | Documented Date | 04/12/2007 |
| Court | 5TH | County | SUFFOLK |
| Date Perfected | 12/20/2006 11:44:00 AM | Judgment - Amount | 12125 |
| Sheriff Fees | 0 | Cost | 0 |

## Debtors

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|---|---|---|---|---|---|---|
| BLANDINO | MICHAEL | 8 OAK TREE DRIVE | | | BAY SHORE, NY 11706 | DBA |
| EDWARDS FENCE CO INC | | 8 OAK TREE DRIVE | | | BAY SHORE, NY 11706 | |
| GOLDEN | EDWARD | 8 OAK TREE DRIVE | | | BAY SHORE, NY 11706 | |

## Creditors

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|---|---|---|---|---|---|---|
| BURNS | RICHARD | 767 LONG ISLAND AVENUE | | | MEDFORD, NY 11763 | |

## Attorneys

| Name | Addr 1 | Addr 2 | Addr 3 | City/State |
|---|---|---|---|---|
| CAPASSO & CAPASSO | 3650 ROUTE 112 | SUITE 104 | | CORAM, NY 11727 |

## Notations

| Type | Date | Amount | Remark | Liber | Page |
|---|---|---|---|---|---|

Remarks

Close

Exhibit A



| Index No | 06 23386 | Seq # | 171 |
|---|---|---|---|
| Date & Time Filed | 01/29/2007 | Documented Date | 01/29/2007 |
| Court | SUP | County | SUFFOLK |
| Date Perfected | 1/29/2007 11:34:00 AM | Judgment - Amount | 11866.31 |
| Sheriff Fees | 0 | Cost | 565 |

**Debtors**

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|---|---|---|---|---|---|---|
| BLANDIAD | MICHAEL | 1525 JEFFERSON AVENUE | | | WEST ISLIP, NY 11795 | |
| BLANDIIAD | MICHAEL F | 1525 JEFFERSON AVENUE | | | WEST ISLIP, NY 11795 | AKA |
| BLANDING | DOROTHY | 1525 JEFFERSON AVENUE | | | WEST ISLIP, NY 11795 | |
| BLANDINO | MICHAEL F | 1525 JEFFERSON AVENUE | | | WEST ISLIP, NY 11795 | AKA |
| BLANDINO | DOROTHY | 1525 JEFFERSON AVENUE | | | WEST ISLIP, NY 11795 | AKA |
| BLANDINO | DOROTHY A | 1525 JEFFERSON AVENUE | | | WEST ISLIP, NY 11795 | AKA |
| BLANDINO | MICHAEL | 1525 JEFFERSON AVENUE | | | WEST ISLIP, NY 11795 | AKA |
| EDWARDS FENCE CO INC | | 1525 JEFFERSON AVENUE | | | WEST ISLIP, NY 11795 | |

**Creditors**

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|---|---|---|---|---|---|---|
| EASTERN WHOLESALE FENCE CO INC | | 274 MIDDLE ISLAND ROAD | | | MEDFORD, NY 11763 | |

**Attorneys**

| Name | Addr 1 | Addr 2 | Addr 3 | City/State |
|---|---|---|---|---|
| ELIAS C SCHWARTZ ESQ | 343 GREAT NECK RD | | | GREAT NECK, NY |

**Notations**

Close

D + Sofa

| Index No | CEC 08 0019981 | Seq # | 713 |
|---|---|---|---|
| Date & Time Filed | 06/16/2009 | Documented Date | 06/16/2009 |
| Court | 1ST | County | SUFFOLK |
| Date Perfected | 4/20/2009 10:59:00 AM | Judgment - Amount | 1218.60 |
| Sheriff Fees | 1 | Cost | 171.60 |

**Debtors**

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|---|---|---|---|---|---|---|
| BLANDINO | MICHAEL F | 72 KORB BLVD | | | WEST ISLIP, NY 11795 | |

**Creditors**

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|---|---|---|---|---|---|---|
| SLOMINS INC | | 125 LAUMAN LANE | | | HICKSVILLE, NY 11801 | |

**Attorneys**

| Name | Addr 1 | Addr 2 | Addr 3 | City/State |
|---|---|---|---|---|
| KIRSCHENBAUM & KIRSCHENBAUM P C | 200 GARDEN CITY PLAZA | SUITE 500 | | GARDEN CITY, NY 11530 |

**Notations**

Type Date Amount Remark Liber Page

Remarks

Close

*Sofa + D*

| Index No | SMC 08 0010124 | Seq # | 835 |
|---|---|---|---|
| Date & Time Filed | 01/14/2009 | Documented Date | 01/14/2009 |
| Court | 4TH | County | SUFFOLK |
| Date Perfected | 12/5/2008 12:54:00 PM | Judgment - Amount | 7082.95 |
| Sheriff Fees | 1 | Cost | 226.31 |

## Debtors

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|---|---|---|---|---|---|---|
| BLANDINO | MICHAEL F | 72 KOBB BLVD | | | WEST ISLIP, NY 11795 | |
| EDWARDS FENCE CO INC | | 1255 B ST LOUIS AVE | | | BAYSHORE, NY 11706 | |

## Creditors

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|---|---|---|---|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC | | 17197 N LAUREL PARK DR | STE 402 | | LIVONIA, MI 48152 | |

## Attorneys

| Name | Addr 1 | Addr 2 | Addr 3 | City/State |
|---|---|---|---|---|
| RUBIN & ROTHMAN | 1787 VETERANS HIGHWAY | | | ISLANDIA, NY 11749 |

## Notations

Type  Date  Amount  Remark  Liber  Page

Remarks

Close

D + Sofa

| Index No | SMC 08 0011230 | Seq # | 1118 |
|---|---|---|---|
| Date & Time Filed | 04/01/2009 | Documented Date | 04/01/2009 |
| Court | 4TH | County | SUFFOLK |
| Date Perfected | 3/12/2009 11:00:00 AM | Judgment - Amount | 7992.04 |
| Sheriff Fees | 1 | Cost | 226.60 |

**Debtors**

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|---|---|---|---|---|---|---|
| BLANDINO | MICHAEL | 72 KOBB BLVD | | | WEST ISLIP, NY 11795 | |
| EDWARDS FENCE COMPANY INC | | 1525 JEFFERSON AVE | | | WEST ISLIP, NY 11795 | |

**Creditors**

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|---|---|---|---|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC | | 17197 N LAUREL PARK DR | STE 402 | | LIVONIA, MI 48152 | |

**Attorneys**

| Name | Addr 1 | Addr 2 | Addr 3 | City/State |
|---|---|---|---|---|
| RUBIN & ROTHMAN | 1787 VETERANS HIGHWAY | | | ISLANDIA, NY 11749 |

**Notations**

| Type | Date | Amount | Remark | Liber | Page |
|---|---|---|---|---|---|

Remarks

Close



| Index No | 07 16943 | | Seq # | 116 |
| Date & Time Filed | 06/06/2008 | | Documented Date | 06/06/2008 |
| Court | SUP | | County | WESTCHESTER |
| Date Perfected | 5/16/2008 2:53:00 AM | | Judgment - Amount | 66462.87 |
| Sheriff Fees | 0 | | Cost | 0 |

## Debtors

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|-----------|-----------|--------|--------|--------|------------|------|
| BLANDINO | MICHAEL F | 72 KOBB BOULEVARD | | | WEST ISLIP, NY 11795 | |
| EDWARDS FENCE CO INC | | 1525 JEFFERSON AVENUE | | | WEST ISLIP, NY 11795 | |
| GOLDEN | EDWARD | 1525 JEFFERSON AVENUE | | | WEST ISLIP, NY 11795 | |

## Creditors

| Last Name | First Name | Addr 1 | Addr 2 | Addr 3 | City/State | Type |
|-----------|-----------|--------|--------|--------|------------|------|
| JP MORGAN CHASE BANK N A | | 1820 E SKY HARBOR CIRCLE S | FLOOR 2 | | PHOENIX, AZ 85034 | |

## Attorneys

| Name | Addr 1 | Addr 2 | Addr 3 | City/State |
|------|--------|--------|--------|------------|
| BUONAMICI & LARAUS LLP | 222 BLOOMINGDALE ROAD | SUITE 301 | | WHITE PLAINS, NY 10605 |

## Notations

Type  Date  Amount  Remark  Liber  Page

Remarks

Close

# HSBC ◆X◆

**TELEPHONE NUMBERS:**
Home:       631-539-7181
Work:       631-969-4054

MICHAEL BLANDINO
72 KOBB BLVD
WEST ISLIP NY  11795-2217

17622

|||ı|ı|ıı·ıı·ıı·ıı·ıı|ıı·|ıı·ıı·|ıı·ı||ıı·|ı·ıı·ı·|ı|ı·ı||

PROPERTY ADDRESS:   72 KOBB BLVD
WEST ISLIP NY 11795

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Loan Number: | ☏ |
| Statement Date: | 04/20/2010 |
| Due Date: | 05/14/2010 |
| Current Principal Balance: | $243,718.20 |
| Deferred Interest: | $1,491.16 |
| Current Interest Rate: | 3.62500% |
| Current Escrow Balance: | $.00 |
| Escrow Overdraft Balance: | $7,744.31 |
| Unapplied Funds Balance: | $.00 |
| Current Payment Amount: | $1,254.73 |
| Delinquent Payments Due: | $.00 |
| Unpaid Late Charges Due: | $247.23 |
| Unpaid Other Fees Due: | $.00 |
| TOTAL AMOUNT DUE: | $1,501.96 |
| Year to Date Principal Paid: | $2,063.62 |
| Year to Date Taxes Paid: | $.00 |
| Year to Date Interest Paid: | $2,960.57 |

*\* Please refer to Mortgage Interest Statement sent in
January for IRS reporting information.*

---

# HSBC ◆X◆

0589711768 0000125473 0000130473 9

| LOAN NUMBER | REGULAR PAYMENT | TOTAL DUE | DUE ON OR BEFORE | LATE PAYMENT | IF RECEIVED AFTER |
|---|---|---|---|---|---|
| ☏ | $1,254.73 | $1,501.96 | MAY 14, 2010 | $1,304.73 | MAY 29, 2010 |

MICHAEL BLANDINO

ıı|ııı|ıı·ıı·ı·ıı·|ı·|ıııı·ıı|ıı|ı·ıı·ıı·ı|ıı·ı·ıı·ıı·ı||

HSBC MORTGAGE CORPORATION (USA)
SUITE 0241
BUFFALO NY  14270-0241

ıııı|||ıı·ı|ıı·ıı·ıııı·ıı|ıı·ıı|ı·ıı·ıı·ı||ıı·ı·ı||ı·ı||

| | |
|---|---|
| ADDITIONAL PRINCIPAL | |
| ADDITIONAL ESCROW | |
| LATE CHARGES/ OTHER FEES | |
| TOTAL | |

Please allow sufficient time for mail delivery.

Additional funds will be applied first to unpaid
fees and the balance applied as specified.



0589711768" 24

Exhibit B



**ASC**

Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

**Monthly Mortgage Statement**

Statement Date        04/20/10
Loan Number

**Customer Service**

📱 **Online**
mortgageaccountonline.com

📠 **Fax**                        ☎ **Telephone**
(866) 453-6315              (800) 842-7654

**Correspondence**        **Hours of Operation**
PO Box 10328                  Mon - Fri 8 AM - 6 PM
Des Moines IA 50306

✉ **Payments**
PO Box 1820
Newark NJ 07101

# For Informational Purposes

027460 1 AT 0.357    3480/027460/006919 108 01 ACNGP0 105 011
MICHAEL BLANDINO
72 KOBB BOULEVARD
ISLIP NY 11795-2217

---

## Summary

| | |
|---|---|
| Payment (Principal and/or Interest) | $713.45 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment 05/01/10** | **$713.45** |
| Overdue Payments 07/01/07 - 04/01/10 | $24,257.30 |
| Unpaid Late Charge(s) | $470.91 |
| Other Charges | $105.00 |
| **TOTAL PAYMENT 05/01/10** | **$25,546.66** |

**Property Address**
72 KOBB BLVD
ISLIP NY 11795

| | |
|---|---|
| **Unpaid Principal Balance** | $63,286.68 |

*(Contact Customer Service for your payoff balance)*

| | |
|---|---|
| **Interest Rate** | 11.950% |
| **Interest Paid Year-to-Date** | $0.00 |

### Important Messages

This statement is for informational purposes only. Our records indicate that your loan is protected by a bankruptcy plan. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy plan. If you have any questions regarding your loan, please contact your bankruptcy attorney or our office.

## Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 04/16 | LATE FEE | | | | | $14.27 | |

Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.

If you have received a discharge, and loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharge debt from you personally.

027460/006919 ACNGP0 3480 ETM1C004 1

---



**ASC**

**Loan Number**
**Total Payment**                      $25,546.66

*Check here and see reverse for address correction.*

MICHAEL BLANDINO

3460/027460/006919 108 01 ACNGP0 105 011

AMERICA'S SERVICING CO.
PO BOX 1820
NEWARK NJ 07101-1820



*Exhibit B*

106 1115051470 6 10000071345007277225546662497075 000000004576281722 4



# Comparative Market Analysis



Prepared For:

## Michael Blandino
## 72 Kobb Blvd
## West Islip, NY 11795

Prepared By:



**Richard Accomando**
**Licensed Broker Associate**
richiea58@optonline.net

Segal Riese REALTORS Inc
438 Montauk Hwy
West Islip, NY 11795
Ph#: (631)422-4244
http://www.westisliphomes.com



Exhibit C

# Subject Property Information



**Location:**

72 Kobb Blvd
West Islip, NY 11795

School District #: 9

**Suggested Price And Taxes:**

From: $319,990    To: $325,000
Taxes: $8,191

**Property Characteristics:**

Cape   Det   1 Family
7 Rooms,  4 Bedrooms,  2 Baths,  1 Kitchen
Eat In Kitchen: Y   Basement: Full   Finished Bsmt: P
Garage: 1   Driveway: Pvt
Fuel: Gas   Heat: Hw
Approx. Year Built: 1955   Appearance: Excellent

**Comments:**

Cape With Andersen Windows, New Beautiful Kitchen, New Appliances, New Electric, New Gas Furnace. Roof & Siding 4 Yrs. Old. Taxes W/Star= $5274.52. Possible M/D.

Richard Accomando
Licensed Broker Associate

Segal Riese REALTORS Inc
438 Montauk Hwy
West Islip, NY 11795
(631)422-4244

– Information herein deemed reliable but not guaranteed –

# Side By Side Listing Comparison



|  | Subject Property | On The Market | On The Market | On The Market | Recently Sold |
|---|---|---|---|---|---|
| ML# | 1644541 | 2201315 | 2268690 | 2267841 | 2213198 |
| Address | 72 Kobb Blvd | 49 Alice Rd | 1129 Namdac Ave | 78 Ace Ct | 2 Foxglove Rd |
| Town | West Islip | West Islip | West Islip | West Islip | West Islip |
| School Dist # | 9 | 9 | 9 | 9 | 9 |
| Price |  | $299,000 | $329,000 | $339,990 | $275,000 |
| Style | Cape | Cape | Cape | Cape | Cape |
| # Families | 1 | 1 | 1 | 1 | 1 |
| Det/Att | Det | Det | Det | Det | Det |
| Rooms | 7 | 6 | 6 | 6 | 9 |
| Bedrooms | 4 | 4 | 3 | 3 | 4 |
| Baths | 2 | 1 | 2 | 2 | 2 |
| # Kitchens | 1 | 1 | 1 | 1 | 1 |
| Eat In Kitchen | Y | Y | Y | Y | Y |
| Basement | Full | Full | Full | Full | Full |
| Fin Bsmt | P | N | Y | Y | Y |
| # Fireplaces | 0 | 0 | 0 | 0 | 0 |
| Fuel | Gas | Oil | Oil | Oil | Oil |
| Heat | Hw | Steam | Ha | Hw | Hw |
| Garage | 1 | 0 |  | 1 | 2 |
| Driveway | Pvt | N | Pvt | Pvt | Pvt |
| Pool | N | N | N | Ag | Ag |
| Taxes | $8,191 | $7,252 | $7,978 | $9,101 | $8,702 |
| Approx. Year Built | 1955 | 1952 | 1950 | 1956 | 1937 |
| Appearance | Excellent | Excell | Excell | Mint | Excellent |
| Lot Size | 75X100 | 75 X120 | 75 X 150 | 90 X 130 | 80 X 125 |
| Waterfront | N | N | N | N | N |
| Waterview | N | N | N | N | N |
| Waterfront Desc |  |  |  |  |  |
| Adult Community |  | N | N | N | N |
| Minimum Age |  |  |  |  |  |
| Listing Date |  | 7/7/2009 | 3/4/2010 | 3/5/2010 | 8/14/2009 |
| Contract Date |  |  |  |  | 9/9/2009 |
| Title Date |  |  |  |  | 11/5/2009 |
| Exp Date |  | 3/30/2010 | 11/30/2010 | 6/5/2010 | 11/10/2009 |
| Days On Market |  | 252 | 12 | 11 | 26 |
| Original Price |  | $299,000 | $329,000 | $339,990 | $262,500 |
| Listing Price |  | $299,000 | $329,000 | $339,990 | $262,500 |
| Sold Price |  |  |  |  | $275,000 |
| **Adjustments** |  |  |  |  |  |
| Price | $319,990 - 325,000 | $299,000 | $329,000 | $339,990 | $275,000 |
| Adjustment |  |  |  |  |  |
| Adjusted Price |  | $299,000 | $329,000 | $339,990 | $275,000 |

– Information herein deemed reliable but not guaranteed;  * denotes a change in the data –

# Side By Side Listing Comparison

| | Subject Property | Recently Sold | Recently Sold | Recently Sold | Recently Sold |
|---|---|---|---|---|---|
| |  |  |  |  |  |
| ML# | 1644541 | 2239935 | 2205589 | 2235065 | 2172878 |
| Address | 72 Kobb Blvd | 706 Pine Ave | 1153 Hyman Ave | 699 Pease Ln | 868 Pease Ln |
| Town | West Islip | West Islip | West Islip | West Islip | West Islip |
| School Dist # | 9 | 9 | 9 | 9 | 9 |
| Price | | $277,000 | $293,500 | $305,000 | $310,000 |
| Style | Cape | Cape | Cape | Cape | Cape |
| # Families | 1 | 1 | 1 | 1 | 1 |
| Det/Att | Det | Det | Det | Det | Det |
| Rooms | 7 | 9 | 7 | 6 | 8 |
| Bedrooms | 4 | 5 | 4 | 4 | 5 |
| Baths | 2 | 2 | 1 | 1 | 2 |
| # Kitchens | 1 | 2 | 1 | 1 | 1 |
| Eat In Kitchen | Y | N | Y | Y | Y |
| Basement | Full | Full | Full | Full | Full |
| Fin Bsmt | P | N | P | N | P |
| # Fireplaces | 0 | 0 | 0 | 0 | 1 |
| Fuel | Gas | Gas | Oil | Oil | Oil |
| Heat | Hw | Hw | Hw | Hw | Hw |
| Garage | 1 | 1 | 1 | 1.5 | 0 |
| Driveway | Pvt | Pvt | Pvt | Pty | Pvt |
| Pool | N | N | Ig | N | N |
| Taxes | $8,191 | $8,893 | $9,207 | $7,988 | $8,312 |
| Approx. Year Built | 1955 | 1955 | 1955 | 1953 | 0 |
| Appearance | Excellent | Fair | Excellent | Excellent | Mint |
| Lot Size | 75X100 | .34 | 75 X 150 | 75 X 100 | 0 |
| Waterfront | N | N | N | N | N |
| Waterview | N | N | N | N | N |
| Waterfront Desc | | | | | |
| Adult Community | | N | N | N | N |
| Minimum Age | | | | | |
| Listing Date | | 11/18/2009 | 7/20/2009 | 10/30/2009 | 4/6/2009 |
| Contract Date | | 11/23/2009 | 8/17/2009 | 11/18/2009 | 11/18/2009 |
| Title Date | | 12/17/2009 | 10/1/2009 | 12/30/2009 | 11/24/2009 |
| Exp Date | | 7/17/2010 | 7/20/2010 | 6/30/2010 | 12/24/2009 |
| Days On Market | | 5 | 28 | 19 | 226 |
| Original Price | | $289,000 | $349,990 | $299,000 | $359,000 |
| Listing Price | | $289,000 | $329,990 | $299,000 | $329,000 |
| Sold Price | | $277,000 | $293,500 | $305,000 | $310,000 |
| **Adjustments** | | | | | |
| Price | $319,990 - 325,000 | $277,000 | $293,500 | $305,000 | $310,000 |
| Adjustment | | | | | |
| Adjusted Price | | $277,000 | $293,500 | $305,000 | $310,000 |

-- Information herein deemed reliable but not guaranteed;   * denotes a change in the data --

# Comparable Summary Report

For:

**72 Kobb Blvd**
**West Islip, NY 11795**

**3/16/2010**

## Subject Property

| ML# | Address | Town | Style | Rooms | Bedrooms | Baths | Suggested Price |
|-----|---------|------|-------|-------|----------|-------|-----------------|
| 1644541 | 72 Kobb Blvd | West Islip | Cape | 7 | 4 | 2 | $319,990 - 325,000 |

## Homes Recently Sold

| ML# | Address | Town | Style | Rms | Br | Bth | List Price | Sold Price | % Dif | List Date | Cont Date | Title Date | DOM |
|-----|---------|------|-------|-----|----|----|-----------|-----------|-------|-----------|-----------|------------|-----|
| 2213198 | 2 Foxglove Rd | West Islip | Cape | 9 | 4 | 2 | $262,500 | $275,000 | -4.76 | 8/14/2009 | 9/9/2009 | 11/5/2009 | 26 |
| 2239935 | 706 Pine Ave | West Islip | Cape | 9 | 5 | 2 | $289,000 | $277,000 | 4.15 | 11/18/2009 | 11/23/2009 | 12/17/2009 | 5 |
| 2205589 | 1153 Hyman Ave | West Islip | Cape | 7 | 4 | 1 | $329,990 | $293,500 | 11.06 | 7/20/2009 | 8/17/2009 | 10/1/2009 | 28 |
| 2235065 | 699 Pease Ln | West Islip | Cape | 6 | 4 | 1 | $299,000 | $305,000 | -2.01 | 10/30/2009 | 11/18/2009 | 12/30/2009 | 19 |
| 2172878 | 868 Pease Ln | West Islip | Cape | 8 | 5 | 2 | $329,000 | $310,000 | 5.78 | 4/6/2009 | 11/18/2009 | 11/24/2009 | 226 |
| | # Properties: 5 | | | Averages: | | | $301,898 | $292,100 | 2.84 | | | | 61 |

## Homes Currently On The Market

| ML# | Address | Town | Style | Rms | Br | Bth | Orig Price | List Price | % Dif | List Date | DOM |
|-----|---------|------|-------|-----|----|----|-----------|-----------|-------|-----------|-----|
| 2201315 | 49 Alice Rd | West Islip | Cape | 6 | 4 | 1 | $299,000 | $299,000 | 0.00 | 7/7/2009 | 252 |
| 2268690 | 1129 Namdac Ave | West Islip | Cape | 6 | 3 | 2 | $329,000 | $329,000 | 0.00 | 3/4/2010 | 12 |
| 2267841 | 78 Ace Ct | West Islip | Cape | 6 | 3 | 2 | $339,990 | $339,990 | 0.00 | 3/5/2010 | 11 |
| | # Properties: 3 | | | Averages: | | | | $322,663 | $322,663 | 0.00 | 92 |

~ Information herein deemed reliable but not guaranteed;  * denotes a change in the data ~

# Recently Sold



**2 Foxglove Rd**
**West Islip**          School Dist# 9
Cape    1 Family    Det

| | | |
|---|---|---|
| | | List Price: **$262,500** |
| | | Sold Price: **$275,000** |
| | | Taxes: $8,702 |
| | | Approx. Year Built: 1937 |
| Rooms: 9 | Fuel: Oil | Appearance: Excellent |
| Bedrooms: 4 | Heat: Hw | Lot Size: 80 X 125 |
| Baths: 2 | Garage: 2 | Waterfront: N |
| #Kitchens: 1 | Drive: Pvt | Waterview: N |
| Eat In Kitchen: Y | Basement: Full | Pool: Ag |
| #Fireplaces: 0 | Finished: Y | Porch: |
| Dining Room: Formal | Construction: Wood | Patio: |
| List Date: 8/14/2009 | Contract Date: 9/9/2009 | DOM: 26 |
| Title Date: 11/5/2009 | | ML#: 2213198 |



**706 Pine Ave**
**West Islip**          School Dist# 9
Cape    1 Family    Det

| | | |
|---|---|---|
| | | List Price: **$289,000** |
| | | Sold Price: **$277,000** |
| | | Taxes: $8,893 |
| | | Approx. Year Built: 1955 |
| Rooms: 9 | Fuel: Gas | Appearance: Fair |
| Bedrooms: 5 | Heat: Hw | Lot Size: .34 |
| Baths: 2 | Garage: 1 | Waterfront: N |
| #Kitchens: 2 | Drive: Pvt | Waterview: N |
| Eat In Kitchen: N | Basement: Full | Pool: N |
| #Fireplaces: 0 | Finished: N | Porch: |
| Dining Room: Formal | Construction: Vinyl | Patio: |
| List Date: 11/18/2009 | Contract Date: 11/23/2009 | DOM: 5 |
| Title Date: 12/17/2009 | | ML#: 2239935 |



**1153 Hyman Ave**
**West Islip**          School Dist# 9
Cape    1 Family    Det

| | | |
|---|---|---|
| | | List Price: **$329,990** |
| | | Sold Price: **$293,500** |
| | | Taxes: $9,207 |
| | | Approx. Year Built: 1955 |
| Rooms: 7 | Fuel: Oil | Appearance: Excellent |
| Bedrooms: 4 | Heat: Hw | Lot Size: 75 X 150 |
| Baths: 1 | Garage: 1 | Waterfront: N |
| #Kitchens: 1 | Drive: Pvt | Waterview: N |
| Eat In Kitchen: Y | Basement: Full | Pool: Ig |
| #Fireplaces: 0 | Finished: P | Porch: N |
| Dining Room: Formal | Construction: Shingle | Patio: Enclosed |
| List Date: 7/20/2009 | Contract Date: 8/17/2009 | DOM: 28 |
| Title Date: 10/1/2009 | | ML#: 2205589 |

-- Information herein deemed reliable but not guaranteed;  * denotes a change in the data --

# Recently Sold



**699 Pease Ln**
**West Islip**
Cape    1 Family    Det    School Dist# 9

List Price: **$299,000**
Sold Price: **$305,000**

Taxes: $7,988
Approx. Year Built: 1953

| | | |
|---|---|---|
| Rooms: 6 | Fuel: Oil | Appearance: Excellent |
| Bedrooms: 4 | Heat: Hw | Lot Size: 75 X 100 |
| Baths: 1 | Garage: 1.5 | Waterfront: N |
| #Kitchens: 1 | Drive: Pty | Waterview: N |
| Eat In Kitchen: Y | Basement: Full | Pool: N |
| #Fireplaces: 0 | Finished: N | Porch: Cem/Brk |
| Dining Room: None | Construction: Frm/Sdng | Patio: No |
| List Date: 10/30/2009 | Contract Date: 11/18/2009 | DOM: 19 |
| Title Date: 12/30/2009 | | ML#: 2235065 |



**868 Pease Ln**
**West Islip**
Cape    1 Family    Det    School Dist# 9

List Price: **$329,000**
Sold Price: **$310,000**

Taxes: $8,312
Approx. Year Built: 0

| | | |
|---|---|---|
| Rooms: 8 | Fuel: Oil | Appearance: Mint |
| Bedrooms: 5 | Heat: Hw | Lot Size: 0 |
| Baths: 2 | Garage: 0 | Waterfront: N |
| #Kitchens: 1 | Drive: Pvt | Waterview: N |
| Eat In Kitchen: Y | Basement: Full | Pool: N |
| #Fireplaces: 1 | Finished: P | Porch: Yes |
| Dining Room: Formal | Construction: Vinyl | Patio: |
| List Date: 4/6/2009 | Contract Date: 11/18/2009 | DOM: 226 |
| Title Date: 11/24/2009 | | ML#: 2172878 |

– Information herein deemed reliable but not guaranteed;   * denotes a change in the data –

B6C (Official Form 6C) (12/07)

In re  **Michael F Blandino**                              Case No.    **8-10-71776**
_____
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** Location: 72 Kobb Blvd, West Islip NY | **NYCPLR § 5206(a)** | 50,000.00 | 300,000.00 |
| **Household Goods and Furnishings** Household Goods | **NYCPLR § 5205(a)(5)** | 1,500.00 | 1,500.00 |
| **Wearing Apparel** Wearing Apparel | **NYCPLR § 5205(a)(5)** | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** Jewelry | **NYCPLR § 5205(a)(6)** | 350.00 | 350.00 |

Exhibit D

|  | Total: | 52,850.00 | 302,850.00 |
|---|---|---|---|

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy