UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:  
                                                       Chapter 7  
                                                      Case No.: 10-71776-REG

MICHAEL F. BLANDINO,

                           Debtor.

---------------------------------------------------------X

## ORDER AVOIDING JUDICIAL LIENS

By motion dated May 4, 2010 (the "Motion"), MICHAEL F. BLANDINO (the "Debtor"), by his attorneys, JACOBY & JACOBY, Esqs., sought entry of an order *pursuant to § 522(f)* avoiding certain judicial liens held by Richard Burns, Eastern Wholesale Fence Co. Inc., Slomins, Inc., Ford Motor Credit Company LLC., and JP Morgan Chase Bank N A, and due notice having been given to the judgement creditors, and sufficient cause appearing therefore,  It is hereby

**ORDERED**, that the motion is hereby granted *as set forth herein*; and it is further

**ORDERED**, that upon the discharge of the Chapter 7,  the judicial liens of Richard Burns, Eastern Wholesale Fence Co. Inc., Slomins, Inc., Ford Motor Credit Company LLC., and JP Morgan Chase Bank N A are hereby avoided as liens of record *with respect to Debtor's homestead located at 72 Kobb Boulevard, West Islip, New York, 11795*; and it is further

**ORDERED**, that the clerk of the County of Suffolk of the State of New York is directed to vacate the *following* Judgement *liens to the extent that they are recorded as against 72 Kobb Boulevard, West Islip, New York, 11795* ~~as to the Debtor herein~~ of *(1)* RICHARD BURNS vs. MICHAEL BLANDINO  in the amount of $12,125  filed with the Clerk of Suffolk County on April 12, 2007; *(2)* EASTERN WHOLESALE FENCE CO INC. vs. MICHAEL BLANDINO/MICHAEL F. BLANDINO in the amount of $12,431.31  filed with the Clerk of Suffolk County on January 29, 2007; *(3)* SLOMINS, INC. vs. MICHAEL F. BLANDINO in the amount of $1,390.20  filed with the Clerk of Suffolk County on June 16, 2009; *(4)* FORD MOTOR CREDIT COMPANY LLC. vs.

MICHAEL F. BLANDINO in the amount of $7,309.26 filed with the Clerk of Suffolk County on January 14, 2009; *(5)* FORD MOTOR CREDIT COMPANY LLC vs. MICHAEL BLANDINO in the amount of $8,218.64 filed with the Clerk of Suffolk County on April 1, 2009 ; *(6)* JP MORGAN CHASE BANK N A vs. MICHAEL F. BLANDINO in the amount of $66,462.87 filed with the Clerk of Westchester County on June 6, 2008 ; and it is further

**ORDERED**, that the Clerk of the County of Suffolk of the State of New York and the Clerk of the County of Westchester record a certified copy of this Order of the Bankruptcy Court as an instrument avoiding the lien*s* as set forth herein.

Dated: July 7, 2010
Central Islip, New York

*/s/ **Robert E. Grossman***
HON. ~~ALAN~~ ROBERT E. GROSSMAN
U.S. BANKRUPTCY JUDGE